IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADELA BALL, et al.,<br><br>        Plaintiffs<br><br>              v.<br><br>POSADAS DE PUERTO RICO<br>ASSOCIATES, L.L.C., et al.,<br><br>        Defendants | CIVIL NO. 09-1731 (JP) |

**FINAL JUDGMENT**

The parties hereto have informed the Court that they settled this case (No. 105). Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFFS TO HAVE AND RECOVER**: (1) **SEVENTY THOUSAND DOLLARS ($70,000.00)** from Defendants Integrand Assurance Company, EDP Hair Salon, Inc., and Posadas de San Juan Associates; and (2) **TWO THOUSAND DOLLARS ($2,000.00)** from Defendant Milton Esteva d/b/a Fitness Spa & Solutions. The Court retains jurisdiction to enforce the Judgment if need be. The Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 15th day of October, 2010.

                                    s/Jaime Pieras, Jr.
                                    JAIME PIERAS, JR.
                                 U.S. SENIOR DISTRICT JUDGE